## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

DAILIN PICO RODRIGUEZ      NO. 6:25–CV–02111–DCJ–CBW

VERSUS      JUDGE DAVID C JOSEPH

BRIAN ACUNA , et al.      MAGISTRATE JUDGE CAROL B WHITEHURST

### NOTICE OF NON–ENTRY OF DEFAULT

Pursuant to **Fed.R.Civ.P. 55(a)**, the Clerk of Court has reviewed this matter because of a recently filed motion/request for entry of default. The record of this case shows that either the party or parties against whom a judgment for affirmative relief is sought has filed responsive pleadings pursuant to **Fed.R.Civ.P. 12**, or evidence of proper service on said party or parties has not been filed into the record of this matter as required by **Fed.R.Civ.P. 4(l)**. Accordingly, the Clerk of Court is not authorized to enter default against the party or parties specified in the motion/request for entry of default.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  March 23, 2026.


DANIEL J. MCCOY
CLERK OF COURT